IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES SIMS, et al.         :     CIVIL ACTION
                             :
         v.                  :
                             :
VIACOM, INC., et al.         :     NO. 09-3521

ORDER

AND NOW, this 17th day of November, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Viacom, Inc. to dismiss the amended complaint (Doc. No. 15) is GRANTED, as to count 3 (fraud) and count 5 (theft by conversion);

(2) the motion of defendant Viacom, Inc. to dismiss the amended complaint (Doc. No. 15) is DENIED as to count 1 (breach of contract), count 2 (breach of implied contract), and count 4 (negligent misrepresentation); and

(3) the motion of defendant Viacom, Inc. to dismiss the amended complaint (Doc. No. 15) with regard to claims against defendant VH1 is GRANTED in full.

BY THE COURT:

/s/ Harvey Bartle III
C.J.