```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CHARLES SIMS, et al.            :       CIVIL ACTION
                                :
          v.                    :
                                :
VIACOM, INC., et al.            :       NO. 09-3521
```

ORDER

AND NOW, this 17th day of November, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Viacom, Inc. for summary judgment is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
                                                    C.J.